In the Matter of the Claim of JOSEPH A. VILORD, Appellant, against VILLAGE OF SUFFERN et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See 278 App. Div. 1030.]

In the Matter of the Claim of AUDREY MYERS, on Behalf of Herself and a Minor Child, Respondent, against SAM TUTTLE, Doing Business as LIBERTY MACHINE Co., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See 278 App. Div. 543.]

GEORGE A. LUGERT, Appellant, v. SAM COHEN et al., Respondents, and WILLIAM C. HAWVER, JR., as Guardian ad Litem of JOSEPH S. HAWVER, Appellant. BARBARA E. LUGERT, Appellant, v. SAM COHEN et al., Respondents, and WILLIAM C. HAWVER, JR., as Guardian ad Litem of JOSEPH S. HAWVER, Appellant.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur. [See 277 App. Div. 1063.]

(November 28, 1951.)

NANCY STEVENS, as Administratrix of the Estate of GEORGE STEVENS, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 27979.) Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See 277 App. Div. 418.]